UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEBASTIAN NOLAN | ) | CIVIL ACTION |
| | ) | |
| V. | ) | NO. 3:08CV638 (VLB) |
| | ) | |
| LITHONIA LIGHTING | ) | |
| PROD. CO. OF GEORGIA | ) | SEPTEMBER 2, 2008 |

### AMENDED COMPLAINT

Jurisdiction

1.   Plaintiff Sebastian Nolan is a citizen of the State of Connecticut.  The defendant Lithonia Lighting Prod. Co. of Georgia is a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, GA.  The amount in controversy exceeds $75,000 conferring jurisdiction pursuant to 28 U.S.C. Sect. 1332.

Product Liability

1.   On or about May 31, 2007, in Windsor, Connecticut, the plaintiff was physically injured when a light bulb assembly which was manufactured and sold by the defendant fell from is housing at the top of a pole and struck him causing him pain, suffering, mental anguish and loss of income, and he incurred medical expenses for treatment.

2. The defendant is legally liable for the plaintiff's injuries and damages pursuant to Conn. Gen. Stat. Sect. 52-572m et. seq. as the light bulb assembly was defective and unreasonably dangerous for its intended use.

3. The light bulb assembly was expected to and did reach the ultimate user in substantially the same condition as when it was manufactured and sold by the defendant.

WHEREFORE, the plaintiff demands:

1. Money damages;

2. Trial by jury;

3. Such other relief as this Court deems just and equitable.

RESPECTFULLY SUBMITTED:

PLAINTIFF

BY /s/ David H. Johnson
DAVID H. JOHNSON
KENNEDY JOHNSON D'ELIA & GILLOOLY
555 Long Wharf Drive
New Haven, CT 06511
E-mail: DJohnson@KennedyJohnson.com
203 865-8430; Fax 203 865-5345
Federal Bar no.: CT 05355